UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:09MJ273-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| BRANDON LEE EVANS, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's "Notice of Appeal, and Motion for Stay and Revocation of Conditions of Release and Order for Detention," filed December 4, 2009, and Defendant's Opposition, filed December 7, 2009. (Documents #5, #9)

On Friday, December 4, 2009, the defendant was brought before Magistrate Judge Cayer for detention hearing.[1] At the conclusion of the hearing, the Magistrate Judge ordered the defendant released subject to certain conditions.

In light of the Government's appeal, and pursuant to 18 U.S.C. § 3143(a)(2), the Magistrate Judge's release order will be stayed to allow time for district court review.

**IT IS, THEREFORE, ORDERED** that the Government's motion to stay is hereby **GRANTED**, and the defendant shall be **DETAINED** until further order of this Court.

Signed: December 8, 2009

Richard L. Voorhees
United States District Judge

---

[1] The case was assigned to the undersigned judge on December 7, 2009.